FILED
JAMES BONINI
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

2009 NOV 17 PM 2: 16
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV DAYTON

GWENDOLYN A. JOHNSON,

        Plaintiff, : Case No. 3:08-cv-274

- vs - : District Judge Walter Herbert Rice
     Magistrate Judge Michael R. Merz

COMMISSIONER OF SOCIAL :
SECURITY,
                     :

        Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #20), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Commissioner's decision only with respect to Plaintiff's application be REVERSED. This matter is REMANDED to the Commissioner for consideration of Plaintiff's misinformation claim.

November 17, 2009.

                                                Walter Herbert Rice
                                                United States District Judge